UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DITECH FINANCIAL LLC F/K/A
GREEN TREE SERVICING LLC,

       Plaintiff,

  vs.

SOMMERSET PARK HOMEOWNERS
ASSOCIATION; SFR INVESTMENTS
POOL 1, LLC; ALESSI & KOENIG, LLC,

       Defendants.

Case No.: 2:16-cv-1811-GMN-VCF

**ORDER**

Pending before the Court is a Motion for Demand for Security of Costs (ECF No. 11) filed by Defendant SFR Investments Pool 1, LLC ("Defendant"), to which Plaintiff Ditech Financial LLC F/K/A Green Tree Servicing LLC ("Plaintiff") filed a Limited Non-Opposition (ECF No. 16).

The Ninth Circuit recognizes that "federal district courts have inherent power to require plaintiffs to post security for costs." *Simulnet E. Assocs. v. Ramada Hotel Operating Co.*, 37 F.3d 573, 574 (9th Cir. 1994).  Under Nevada law, "[w]hen a plaintiff in an action resides out of the State, or is a foreign corporation, security for the costs and charges which may be awarded against such plaintiff may be required by the defendant." NRS § 18.130(1).  "After the lapse of 30 days from the service of notice that security is required . . . upon proof thereof, and that no undertaking as required has been filed, the court or judge may order the action to be dismissed." NRS § 18.130(4).  It is the policy of the United States District Court for the District of Nevada to enforce the requirements of NRS § 18.130 in diversity actions. *Hamar v. Hyatt Corp.*, 98 F.R.D. 305, 305–06 (D.

Nev. 1983); *Arrambide v. St. Mary's Hosp., Inc.*, 647 F. Supp. 1148, 1149 (D. Nev. 1986).

Because Plaintiff resides outside of Nevada, (Compl. ¶ 1, ECF No. 1), the Court finds that it is appropriate to require Plaintiff to post a security bond of $500.00 in this matter pursuant to NRS § 18.130.

### IV. CONCLUSION

**IT IS HEREBY ORDERED** that the Motion for Demand for Security of Costs (ECF No. 11) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff must submit a bond pursuant to this Order in the amount of $500.00 as to Defendant. Failure to do so within thirty days of the filing date of this Order shall constitute grounds for dismissal.

**DATED** this __31__ day of __October__, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Court