# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

DITECH FINANCIAL, LLC, fka Green Tree Servicing, LLC,

          Plaintiff,

vs.

SOMMERSET PARK HOMEOWNERS ASSOCIATION, *et al.*,

          Defendants.

2:16-cv-01811-GMN-VCF

**MINUTE ORDER**

      This case has been assigned to the undersigned Magistrate Judge by random draw. Because his impartiality might reasonably be questioned, the undersigned must recuse himself from the above entitled and numbered case. 28 U.S.C. § 455 Code of Conduct for United States Judges, Canon 3(C)(1). Accordingly, this matter is hereby referred to the Clerk of Court for random reassignment to another Magistrate Judge.

      IT IS SO ORDERED.

      DATED this 29th day of March, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE