ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for Plaintiff Ditech Financial LLC*
*f/k/a Green Tree Servicing LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC,<br><br>Plaintiff,<br>vs.<br><br>SOMMERSET PARK HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No.: 2:16-cv-01811-GMN-CWH<br><br>**JOINT STIPULATION AND ORDER TO LIFT STAY** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability comnay,<br><br>Counter/Cross Claimant<br>vs.<br><br>DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC,; HOUSEHOLD FINANCE REALTY CORPORATION OF NEVADA; UNIVERSITY MEDICAL CENTER; ALLIED COLLECTION SERVICES, INC.; LILIANA M. MORFIN, an individual; RAUL CHIANG-BUENO, an individual,<br><br>Counter-Defendant/Cross-Defendants. | |

Ditech Financial LLC f/k/a Green Tree Servicing LLC, Sommerset Park Homeowners Association, and SFR Investments Pool 1, LLC stipulate as follows:

1

46107731;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
Las Vegas, NV 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1. This case was administratively stayed pending all appeals in *Bourne Valley* on February 24, 2017—with approximately two months of discovery remaining. *See* ECF Nos. 45 and 49.

2. The stay order provides: "Once exhaustion occurs, any party may move to lift the stay. Until that time, all proceedings in this action are stayed." ECF No. 49 at 3:17-18.

3. The *Bourne Valley* appellate process has now been exhausted.

4. The parties agree the stay should be lifted.

5. The parties hereby agree to file a proposed amended discovery plan and scheduling order on or before August 31, 2018.

6. The stipulation renders moot Ditech's motion to lift stay. ECF No. 56.

Dated: August 20th, 2018

**AKERMAN LLP**

*/s/ Scott R. Lachman*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for Plaintiff Ditech Financial LLC f/k/a Green Tree Servicing LLC*

**GORDON & REES LLP**

*/s/ Wing Yan Wong*
ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
WING YAN WONG, ESQ.
Nevada Bar No. 13622
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101

*Attorneys for Sommerset Homeowners Association*

**KIM GILBERT EBRON**

*/s/ Diana S. Ebron*
DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Dr. #110
Las Vegas, Nevada 89139

*Attorneys for SFR Investments Pool 1. LLC*

IT IS SO ORDERED. IT IS FURTHER ORDERED that the motion to lift stay (ECF No. 56) is DENIED as moot.

**UNITED STATES MAGISTRATE JUDGE**

DATED: August 21, 2018

2

46107731;1