# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Ditech Financial LLC

           Plaintiff,

v.

Sommerset Park Homeowners Association et al

           Defendants.

**DEFAULT JUDGMENT**

Case Number: 2:16-cv-01811-GMN-DJA

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

in favor of SFR and against Borrowers, HFRC, and Allied as to SFR's quiet title/declaratory relief claims.

8/27/19
Date

DEBRA K. KEMPI
Clerk

/s/ J. Callo
Deputy Clerk