ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-2*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SOMMERSET PARK HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; ALESSI & KOENIG, LLC,<br><br>Defendants. | Case No.: 2:16-cv-01811-GMN-DJA<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-2; HOUSEHOLD FINANCE REALTY CORPORATION OF NEVADA; UNIVERSITY MEDICAL CENTER; ALLIED COLLECTION SERVICES, INC.; LILIANA M. MORFIN, an individual; RAUL CHIANG-BUENO, an individual,<br><br>Counter/Cross-Defendants. | |

49529572;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

**TO: ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-2, hereby provide notice that Vatana Lay, Esq. and Thera A. Cooper, Esq. are no longer associated with the law firm of Akerman LLP.

Akerman LLP continues to serve as counsel for The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-2 in this action. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Ariel E. Stern, Esq., and Scott R. Lachman, Esq.

DATED this 11th day of September, 2019.

**AKERMAN LLP**

*/s/ Scott R. Lachman*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134

*Attorneys for The Bank of New York Mellon fka The Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-2*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: September 12, 2019

_____
UNITED STATES MAGISTRATE JUDGE
Case No.: 2:16-cv-01811-GMN-DJA

49529572;1