ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
WING YAN WONG, ESQ.
Nevada Bar No. 13622
GORDON REES SCULLY MANSUKHANI, LLP
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Direct: (702) 577-9310
Facsimile: (702) 255-2858
E-Mail: rlarsen@grsm.com
        wwong@grsm.com

*Attorneys for Sommerset Homeowners Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, Inc. asset-backed certificates, series 2006-2,<br><br>Plaintiff,<br><br>vs.<br><br>SOMMERSET PARK HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; ALESSI & KOENIG, LLC,<br><br>Defendants.<br><br>AND RELATED CLAIMS. | Case No.: 2:16-cv-01811-GMN-DJA<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S RESPONSE TO SOMMERSET HOMEOWNERS ASSOCIATION'S MOTION FOR ATTORNEYS' FEES AND COSTS [ECF NO. 109]<br><br>(First Request) |

Pursuant to Local Rules IA 6-1 and LR 7-1, the parties, by and through their attorneys of record, stipulate as follows:

1. This is the first stipulation for extension of time to allow Defendant Sommerset Homeowners Association ("Sommerset") to file a reply to Plaintiff The Bank of New York Mellon f/k/a The Bank of New York as Trustee for the Certificateholders of the CWABS, Inc. Asset-Backed Certificates Series 2006-2's ("BoNYM") Response to Sommerset's Motion for Attorneys' Fees and Costs (ECF No. 109).

2. BoNYM filed its Response on September 24, 2019, ECF No. 112, making Sommerset's Reply due on October 1, 2019.

3. Sommerset requests a brief extension of one week to evaluate BoNYM's Response and the legal authorities cited therein.

4. Therefore, the parties agree to extend Sommerset's deadline to file a Reply to and including **October 8, 2019**.

| | |
|---|---|
| Dated September 30, 2019 | Dated September 30, 2019 |
| AKERMAN LLP | GORDON REES SCULLY MANSUKHANI, LLP |
| /s/ Scott R. Lachman | /s/ Wing Yan Wong |
| Ariel E. Stern, Esq.<br>Nevada Bar No. 8276<br>Scott R. Lachman, Esq.<br>Nevada Bar No. 12016<br>1635 Village Center Circle, Suite 200<br>*Attorneys for Plaintiff* | Robert S. Larsen, Esq.<br>Nevada Bar No. 7785<br>Wing Yan Wong, Esq.<br>Nevada Bar No. 13622<br>300 South 4th Street, Suite 1550<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant Sommerset Homeowners Association* |

Dated October 1, 2019

KIM GILBERT EBRON

_/s/ Diana S. Ebron_
Diana S. Ebron, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for Defendant SFR Investments Pool 1, LLC*

**IT IS SO ORDERED**

Dated this  2  day of October, 2019

_____
Gloria M. Navarro, District Judge
United States District Court