ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for The Bank of New York Mellon*
*fka The Bank of New York as Trustee for the*
*Certificateholders of the CWABS, Inc.,*
*Asset-Backed Certificates, Series 2006-2*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-2, <br><br> Plaintiff, <br><br> vs. <br><br> SOMMERSET PARK HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; ALESSI & KOENIG, LLC, <br><br> Defendants. | Case No.: 2:16-cv-01811-GMN-DJA <br><br><br> **[PROPOSED] ORDER TO RELEASE BOND** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br> Counter/Cross Claimant, <br> vs. <br><br> THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-2; HOUSEHOLD FINANCE REALTY CORPORATION OF NEVADA; UNIVERSITY MEDICAL CENTER; ALLIED COLLECTION SERVICES, INC.; LILIANA M. MORFIN, an individual; RAUL CHIANG-BUENO, an individual, <br><br> Counter/Cross-Defendants. | |

50102504;2

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

**AKERMAN LLP**

1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1    SFR Investments Pool 1, LLC demanded The Bank of New York Mellon fka The Bank

2   of New York as Trustee for the Certificate Holders of the CWABS, Inc., Asset-Backed

3   Certificates, Series 2006-2 (**BoNYM**) post a cost bond pursuant to NRS 18.130(1). (ECF No. 11 at

4   1). The court entered an order directing a $500.00 cash deposit. (ECF No. 22).    The cash

5   deposit  was subsequently made by Akerman LLP on behalf of its client. (ECF No. 23).  The

6   purpose of the cost bond is to provide "security for the costs and charges which may be awarded

7   against [the] plaintiff . . ." Nev. Rev. Stat. 18.130(1).  The court granted summary judgment in favor

8   of BoNYM. (ECF No. 98).  The court subsequently entered judgment on all remaining claims and

9   instructed the clerk to close the case. (ECF Nos. 107–108).  Since no costs may be awarded against

10   BoNYM and this matter is now concluded, the court will refund the $500.00 deposit plus interest to

11   Akerman LLP.

12    **IT IS SO ORDERED**
     Dated this  3  day of October, 2019

13

14   _____

15   Gloria M. Navarro, District Judge
     United States District Court

16   *Submitted by:*
     **AKERMAN LLP**

17

18   */s/ Scott R. Lachman*
     ARIEL E. STERN, ESQ.

19   Nevada Bar No. 8276
     SCOTT R. LACHMAN, ESQ.

20   Nevada Bar No. 12016
     1635 Village Center Circle, Suite 200

21   Las Vegas, NV 89134

22   *Attorneys for The Bank of New York Mellon*
     *fka The Bank of New York as Trustee for the*
     *Certificateholders of the CWABS, Inc., Asset-*

23   *Backed Certificates, Series 2006-2*

24

25

26

27

28

50102504;2