1  KAREN L. HANKS, ESQ.
   Nevada Bar No. 9578
2  E-mail: karen@hankslg.com
   CHANTEL M. SCHIMMING, ESQ.
3  Nevada Bar No. 8886
   E-mail: chantel@hankslg.com
4  HANKS LAW GROUP
   7625 Dean Martin Drive, Suite 110
5  Las Vegas, Nevada 89139
   Telephone: (702) 758-8434
6  *Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC, <br><br> Plaintiff, <br><br> vs. <br><br> SOMMERSET PARK HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; ALESSI & KOENIG, LLC, <br><br> Defendants. | Case No. 2:16-cv-01811-GMN-DJA <br><br> **SUBSTITUTION OF COUNSEL** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company, <br><br> Counter/Cross Claimant, <br><br> vs. <br><br> DITECH FINANCIAL LLC F/K/A GREEN TREE SERVICING LLC.; HOUSEHOLD FINANCE REALTY CORPORATION OF NEVADA; UNIVERSITY MEDICAL CENTER; ALLIED COLLECTION SERVICES, INC.; LILIANA M. MORFIN, an individual; RAUL CHIANG-BUENO, an individual, <br><br> Counter/Cross Defendants. | |

SFR Investments Pool 1, LLC authorizes and consents to the substitution of the law firm, Hanks Law Group, including Karen L Hanks, Esq. and Chantel M. Schimming, Esq. as its counsel in the place and stead of the law firm of Kim Gilbert Ebron, including Diana S. Ebron, Esq., Jacqueline A. Gilbert, Esq. and Howard C. Kim, Esq. in the above-entitled matter beginning February 1, 2022.

DATED this 28th day of January, 2022.

**SFR INVESTMENTS POOL 1, LLC**

*/s/ Christopher J. Hardin*

*Its: Manager*

The law firm of Kim Gilbert Ebron, including Diana S. Ebron, Esq., Jacqueline A. Gilbert, Esq. and Howard C. Kim, Esq., hereby consent to the substitution as counsel of record for SFR Investments Pool 1, LLC, in the place and stead of Karen L. Hanks, Esq. and Chantel M. Schimming, Esq. of Hanks Law Group in the above-entitled matter beginning February 1, 2022.

DATED this 28th day of January 2022.

**KIM GILBERT EBRON**

*/s/Diana S. Ebron*
DIANA S. EBRON, ESQ.
NEVADA BAR NO. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

The Hanks Law Group, including Karen L. Hanks, Esq. and Chantel M. Schimming, Esq. hereby consent to their substitution as counsel of record for SFR Investments Pool 1, LLC in the place and stead of the law firm of Kim Gilbert Ebron, including Diana S. Ebron, Esq., Jacqueline A. Gilbert and Howard Kim, Esq. in the above-entitled matter beginning February 1, 2022.

DATED this 28th day of January 2022.

**HANKS LAW GROUP**

*/s/ Karen L. Hanks*
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
CHANTEL M. SCHIMMING, ESQ.
Nevada Bar No. 8886
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
*Attorneys for SFR Investments Pool 1, LLC*

**IT IS SO ORDERED**.

DATED: February 1, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRAE JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of January 2022, and pursuant to Federal Rule of Civil Procedure, I filed the foregoing, **SUBSTITUTION OF COUNSEL** which shall be served via electronic service CM/ECF to:

Scott Robert Lachman
Ariel E. Stern
Akerman LLP
1635 Village Center Circle, Ste. 200
Las Vegas, NV 89134
702-634-5000
Fax: 702-380-8572
Email: scott.lachman@akerman.com
Email: ariel.stern@akerman.com

Robert S. Larsen
Wing Yan Wong
Gordon & Rees LLP
300 S. 4th St., Ste. 1500
Las Vegas, NV 89101
702-577-9300
Fax: 702-255-2858
Email: rlarsen@grsm.com
Email: wwong@gordonrees.com

Darren T. Brenner
Scott Robert Lachman
Thera A. Cooper
Ariel E. Stern
1635 Village Center Circle, Ste. 200
Las Vegas, NV 89134
702-634-5000
Fax: 702-380-8572
Email: darren.brenner@akerman.com
Email: scott.lachman@akerman.com
Email: thera.cooper@akerman.com
Email: ariel.stern@akerman.com

Vatana Lay
Wilson Elser Moskowitz & Edelman
300 S. 4th St., 11th Floor
Las Vegas, NV 89101
702-727-1400
Email: vatana.lay@wilsonelser.com

Jeanette E. McPherson
Schwartzer & McPherson Law Firm
2850 S. Jones Blvd., Ste. 1100
Las Vegas, NV 89146
702-228-7590
Fax: 702-892-0122
Email: bkfilings@s-mlaw.com


        */s/ Candi Fay*
        An employee of HANKS LAW GROUP